**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID PAUL RUFF, | ) | 1:03-cv-5443 OWW DLB P |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| v. | ) | |
| TROY RUFF, et al., | ) | |
| Defendants. | ) | |

This case is before the Court on the Findings and Recommendations of the Magistrate Judge filed April 27, 2006, to dismiss the action for failure of the Plaintiff to file an Amended Complaint in violation of the May 28, 2003, order dismissing Plaintiff's Complaint and granting Plaintiff leave to file an amended complaint. On June 30, 2003, Plaintiff filed a Motion to Extend Time. On December 15, 2003, the Court granted Plaintiff an additional thirty days to file an Amended Complaint. The thirty day period is past. The Plaintiff has filed nothing in this case. It is now September of 2006.

The Findings and Recommendations of the Magistrate Judge are ADOPTED. GOOD CAUSE APPEARING;

IT IS ORDERED that this action is DISMISSED for failure to

1

1  file an Amended Complaint and to comply with a court order and
2  failure to prosecute.
3
4  DATED:  September __22, 2006.
5
6                                   /s/ OLIVER W. WANGER
                                        OLIVER W. WANGER
7                                   UNITED STATES DISTRICT JUDGE
8  ruff order