```
                              FILED
                         JUDGMENT ENTERED
                    _____September 22, 2006_____
                                   Date
                    by _____G. Lucas_____
                                Deputy Clerk
                           U.S. District Court
                        Eastern District of California
                        __XX___  FILE CLOSED
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DAVID PAUL RUFF,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:03-CV-5443-OWW DLB P

TROY RUFF, et al.,

_____/

        The Findings and Recommendations issued by the Magistrate Judge on April 27, 2006, are hereby adopted in full, and

        IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED: September 22, 2006

                                    VICTORIA C. MINOR, Clerk

                              By:  /s/ GREG LUCAS
                                    Deputy Clerk